**2003–1631.   State ex rel. Kinzer v. Sencorp/Senco.**
Franklin App. No. 02AP–1054, 2003-Ohio-4178. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *1/09/2004 Case Announcements #2,* 2004-Ohio-86.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 9, 2004*

## MOTION AND PROCEDURAL RULINGS

**1985–0007.   State v. Williams.**
Cuyahoga App. No. 47853. Upon consideration of appellant's second pro se motion to vacate this court's order setting January 14, 2004 execution date,

IT IS ORDERED by the court that the motion be and hereby is denied.